UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associares, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-25828

Chapter: 13

In Re:

Santo Competiello and Tracey A. Competiello

Adv. No.:

Hearing Date: 08/03/2022

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Santo & Tracey Competiello__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 07, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion for Court Approval of Mortgage Loan Modification Agreement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 07, 2022

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santo Competiello, Sr.<br>Tracey A. Competiello<br>300 Wilson Avenue<br>Lyndhurst, NJ 07071 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>    Attn: Denise Carlon, Esq.<br>701 Market Street, Stuite 5000<br>Philadelphia, PA 19106-1541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditos List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# CREDITORS LIST

**Amazon/Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Bank of America**
PO Box 15047
Wilmington, DE 19850

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Capital One, N.A.**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Care Credit/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

**Carrington Mortgage Services**
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92806

**Catherine Andrews**
300 Wilson Avenue
Lyndhurst, NJ 07071

**Comcast of New Jersey**
PO Box 840
Newark, NJ 07101

**Comenity Bank/Lane Bryant**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Continental Finance Company**
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

**Continental Finance Company/Tbom Contfin**
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

**Credit One Bank**
Po Box 98872
Las Vegas, NV 89193

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Discover Financial**
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

**First Nataional Bank/Legacy/CCS**
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

**Hackensack Meridian Health**
Hackensack University Medical Center
PO Box 8505
Pompano Beach, FL 33075

**HSN/Comenity Capital Bank**
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

**JC Penneys/Synchrony Bank**
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud Mn 56302-9617

**JP Morgan Chase Card Services**
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

**Kohls/Capital One**
Kohls Card Support/Bankruptcy
Po Box 3120
Milwaukee, WI 53201

**LendingClub**
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
LVNV Funding LLC
c/o Resurgent Capital Services

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**MidFirst Bank, Bankruptcy Department**
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

**MidFirst Bank, Bankruptcy Department**
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

**Midland Funding**
2365 Northside Drive
San Diego, CA 92108

**Navient/Sallie Mae**
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

**New Jersey Imaging Network**
27695 Network Place
Chicago, IL 60673

**OneMain**
PO Box 3251
Evansville, IN 47731

**OneMain Financial**
Attn: Bankruptcy
601 Nw 2nd St #300
Evansville, IN 47708

**Pay Pal Credit**
PO Box 105658
Atlanta, GA 30348

**PC Richards & Son/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

**Portfolio Recover Associates LLC**
120 Corporate Blvd
Norfolk, VA 23502

**Portfolio Recovery Associates, LLC**
c/o Jc Penney
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Amazon
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
c/o Qcard
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Premier Bankcard, Llc**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

**QVC/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

**Roamans/Comenity Bank**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Santo Competiello Jr.**
300 Wilson Avenue
Lyndhurst, NJ 07071

**Southwest Credit Systems**
4120 International Parkway
Carrollton, TX 75007

**Synchrony Bank**
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**U.S.Dept. of HUD**
4511 7th Street S.W.
Washington, DC 20410

**Ulta/Comenity Bk**
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

**UNITED STATES DEPARTMENT OF EDUCATION**
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

**USDOE/GLELSI**
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Walmart/Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Wayfair/Comenity Bank**
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

**World Financial Network Nat Bk**
PO Box 18212
Columbus, OH 43218