Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25828−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Santo Competiello Sr.    Tracey A. Competiello
300 Wilson Avenue    300 Wilson Avenue
Lyndhurst, NJ 07071    Lyndhurst, NJ 07071

Social Security No.:
xxx−xx−6957    xxx−xx−7904

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2022.

Dated: September 22, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-25828-RG
Santo Competiello, Sr.  Chapter 13
Tracey A. Competiello
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Santo Competiello, Sr., Tracey A. Competiello, 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |
| cr | + | Midfirst Bank, Duane Morris LLP, 30 S 17th Street, Philadelphia, PA 19103-4196 |
| 518412239 | + | Bank of America, PO Box 15047, Wilmington, DE 19850-5047 |
| 518412243 | + | Catherine Andrews, 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |
| 518412247 | + | Continental Finance Company/Tbom Contfin, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 518412251 | + | First Nataional Bank/Legacy/CCS, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518412253 | + | Hackensack Meridian Health, Hackensack University Medical Center, PO Box 8505, Pompano Beach, FL 33075-8505 |
| 518412261 | + | New Jersey Imaging Network, 27695 Network Place, Chicago, IL 60673-1276 |
| 518412268 | + | Santo Competiello Jr., 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518412238 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:45:55 | Amazon/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412246 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 20:47:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518412240 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 20:45:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452797 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2022 20:45:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506026 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:45:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518412241 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:46:12 | Care Credit/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518412242 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 22 2022 20:47:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 518412244 | + | Email/Text: documentfiling@lciinc.com | Sep 22 2022 20:47:00 | Comcast of New Jersey, PO Box 840, Newark, NJ 07101-0840 |
| 518412245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518412249 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 20:46:15 | Credit One Bank, Attn: Bankruptcy Department, |

Case 19-25828-RG    Doc 55    Filed 09/24/22    Entered 09/25/22 00:14:59    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 98873, Las Vegas, NV 89193-8873 |
| 518412248 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 20:46:16 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518412250 | | Email/Text: mrdiscen@discover.com | Sep 22 2022 20:47:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518420757 | | Email/Text: mrdiscen@discover.com | Sep 22 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518412252 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2022 20:45:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518412254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | HSN/Comenity Capital Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518412255 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:46:32 | JC Penneys/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524580 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518412256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2022 20:46:11 | JP Morgan Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518412257 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2022 20:47:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518573726 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518573727 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:36 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518473333 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518412258 | + | Email/Text: Documentfiling@lciinc.com | Sep 22 2022 20:47:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519166872 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 22 2022 20:46:12 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518412259 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2022 20:47:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 518412260 | + | Email/PDF: pa_dc_claims@navient.com | Sep 22 2022 20:46:15 | Navient/Sallie Mae, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518429956 | + | Email/PDF: cbp@onemainfinancial.com | Sep 22 2022 20:45:56 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518412262 | + | Email/PDF: cbp@onemainfinancial.com | Sep 22 2022 20:46:32 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518412264 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:45:54 | PC Richards & Son/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518755798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 20:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518523716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 20:45:59 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518523857 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 20:46:34 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518523723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 20:45:58 | Portfolio Recovery Associates, LLC, c/o Qcard, |

Case 19-25828-RG    Doc 55    Filed 09/24/22    Entered 09/25/22 00:14:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 518412263 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:46:12 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518412265 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 20:45:59 | Portfolio Recover Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 518464885 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 20:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518412266 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:45:55 | QVC/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518516412 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518516413 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518412267 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | Roamans/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518412269 | + | Email/Text: bankruptcy@sw-credit.com | Sep 22 2022 20:47:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518519754 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:45:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518413827 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:45:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518431838 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 22 2022 20:46:31 | U.S.Dept. of HUD, 4511 7th Street S.W., Washington, DC 20410-0001 |
| 518428562 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 22 2022 20:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518412271 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 22 2022 20:47:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518412270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | Ulta/Comenity Bk, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518509011 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2022 20:46:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518412272 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2022 20:46:32 | Walmart/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | Wayfair/Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518412274 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 20:47:00 | World Financial Network Nat Bk, PO Box 18212, Columbus, OH 43218 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519166873 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518755799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 62 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marguerite Mounier-Wells | on behalf of Debtor Santo Competiello  Sr. marguerite.wells@live.com, mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marguerite Mounier-Wells | on behalf of Joint Debtor Tracey A. Competiello marguerite.wells@live.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Tracey A. Competiello fitz2law@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Santo Competiello  Sr. fitz2law@gmail.com |
| Stuart I. Seiden | on behalf of Creditor Midfirst Bank siseiden@duanemorris.com  lamahon@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9