| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Santo Competiello Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6957<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tracey A. Competiello<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−7904<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19−25828−RG | | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Santo Competiello Sr.                                  Tracey A. Competiello

11/13/24                                               **By the court:** <u>Rosemary Gambardella</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-25828-RG
Santo Competiello, Sr.  Chapter 13
Tracey A. Competiello
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Nov 13, 2024     Form ID: 3180W     Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Santo Competiello, Sr., Tracey A. Competiello, 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |
| cr | + | Midfirst Bank, Duane Morris LLP, 30 S 17th Street, Philadelphia, PA 19103-4196 |
| 518412243 | + | Catherine Andrews, 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |
| 518412247 | + | Continental Finance Company/Tbom Contfin, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714-8099 |
| 518412251 | + | First Nataional Bank/Legacy/CCS, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518412261 | + | New Jersey Imaging Network, 27695 Network Place, Chicago, IL 60673-1276 |
| 518412268 | #+ | Santo Competiello Jr., 300 Wilson Avenue, Lyndhurst, NJ 07071-3324 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518412238 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Amazon/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412239 | ^ | MEBN | Nov 13 2024 20:50:14 | Bank of America, PO Box 15047, Wilmington, DE 19850-5047 |
| 518412242 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2024 20:52:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 518412246 | | Email/Text: cfcbackoffice@contfinco.com | Nov 13 2024 20:52:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518412240 | + | EDI: CAPITALONE.COM | Nov 14 2024 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452797 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506026 | | Email/PDF: bncnotices@becket-lee.com | Nov 13 2024 21:16:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518412241 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Care Credit/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518412244 | + | EDI: COMCASTCBLCENT | Nov 14 2024 01:33:00 | Comcast of New Jersey, PO Box 840, Newark, NJ 07101-0840 |

Case 19-25828-RG    Doc 70    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 62 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518412245 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518412249 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2024 21:16:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518412248 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2024 21:16:17 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518412250 | | EDI: DISCOVER | Nov 14 2024 01:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518420757 | | EDI: DISCOVER | Nov 14 2024 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518412252 | + | EDI: AMINFOFP.COM | Nov 14 2024 01:33:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518412254 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | HSN/Comenity Capital Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518412253 | ^ | MEBN | Nov 13 2024 20:54:05 | Hackensack Meridian Health, Hackensack University Medical Center, PO Box 8505, Pompano Beach, FL 33075-8505 |
| 518412255 | + | EDI: SYNC | Nov 14 2024 01:33:00 | JC Penneys/Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524580 | | EDI: JEFFERSONCAP.COM | Nov 14 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518412256 | | EDI: JPMORGANCHASE | Nov 14 2024 01:33:00 | JP Morgan Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518412257 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2024 20:52:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518573726 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:02:45 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518573727 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:16:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518473333 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:16:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518412258 | + | EDI: LENDNGCLUB | Nov 14 2024 01:33:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 519166872 | + | EDI: AISMIDFIRST | Nov 14 2024 01:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518412259 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 20:53:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 518412260 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 13 2024 21:16:45 | Navient/Sallie Mae, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518429956 | + | EDI: AGFINANCE.COM | Nov 14 2024 01:33:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518412262 | + | EDI: AGFINANCE.COM | Nov 14 2024 01:33:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518412264 | + | EDI: SYNC | Nov 14 2024 01:33:00 | PC Richards & Son/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518755798 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, PO Box |

Case 19-25828-RG    Doc 70    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 518523716 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518523857 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518523723 | | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 518412263 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518412265 | + | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recover Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 518464885 | + | EDI: JEFFERSONCAP.COM | Nov 14 2024 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518412266 | + | EDI: SYNC | Nov 14 2024 01:33:00 | QVC/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518516412 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518516413 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518412267 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Roamans/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518412269 | + | Email/Text: bankruptcy@sw-credit.com | Nov 13 2024 20:54:50 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518519754 | ^ | MEBN | Nov 13 2024 20:51:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518413827 | ^ | MEBN | Nov 13 2024 20:51:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518431838 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2024 21:02:37 | U.S.Dept. of HUD, 4511 7th Street S.W., Washington, DC 20410-0001 |
| 518428562 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 20:54:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518412271 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 20:54:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518412270 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Ulta/Comenity Bk, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518509011 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518412272 | + | EDI: SYNC | Nov 14 2024 01:33:00 | Walmart/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412273 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Wayfair/Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518412274 | | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | World Financial Network Nat Bk, PO Box 18212, Columbus, OH 43218 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519166873 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519770215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518755799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519770216 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marguerite Mounier-Wells | on behalf of Debtor Santo Competiello  Sr. marguerite.wells@live.com, mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marguerite Mounier-Wells | on behalf of Joint Debtor Tracey A. Competiello marguerite.wells@live.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Tracey A. Competiello fitz2law@gmail.com  nadiafinancial@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Santo Competiello  Sr. fitz2law@gmail.com, nadiafinancial@gmail.com |
| Stuart I. Seiden | on behalf of Creditor Midfirst Bank siseiden@duanemorris.com  lamahon@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9